MARGARET E. MABIE [5760731]
margaretmabie@marsh.law
JAMES R. MARSH [250763]
jamesmarsh@marsh.law
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 372-3030

*Attorney(s) for the Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| "JENNY," "CARRIE," "LILY," "SARAH," "HENLEY," "MAUREEN," and "JANE ROE" as next friend for "PIA," <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS BLAHA, <br><br> Defendant. | Case No: 2:23-cv-07051-HG <br><br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS |

THIS MATTER, having come before the Court on the Plaintiffs' Motion to Proceed Under Pseudonyms; and the court having reviewed the following pleadings;

1. Plaintiffs' Motion to Proceed with Pseudonyms;

2. The Declarations of Carol L. Hepburn, Deborah Bianco, and James R. Marsh;

3. Defendant's Responsive pleadings to the Motion to Proceed with Pseudonyms;

The Court finds on the basis of specific facts that the Plaintiffs have established good cause in support of their motion to proceed with pseudonyms, it is,

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO PROCEED UNDER PSEUDONYMS - 1

ORDERED ADJUDGED AND DECREED, upon request of Plaintiffs that Plaintiffs may proceed herein under the pseudonyms "Jenny," "Carrie," "Lily," "Sarah," "Henley," "Maureen," and "Jane Roe" as next friend for "Pia."

Dated: this _____ day of September, 2023.

_____
United States District Judge

Presented by:
/s/ Margaret E. Mabie
Margaret E. Mabie
James R. Marsh
31 Hudson Yards, 11th Floor
New York NY 10001
Telephone: (929) 232-3235
Email: margaretmabie@marsh.law

*Of Attorneys for Plaintiffs*