# EXHIBIT 1

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THOMAS BLAHA Register Number: 92291-053 was received by me on *(date)* 09/28/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Per FCI Fort Dix facility protocol, only Burlington County Sheriffs are permitted to serve at FCI Fort Dix. Documents along with the sheriff's fee were mailed to the Burlington County Sheriff's Office on 9/29/23 and confirmed received by the Sheriff's Office on 10/2/23. The Sheriff's Office advised that they only visit FCI Fort Dix once per month and the last visit was on 9/27/23. They further advised that this is scheduled to be served on their next visit tentatively scheduled on the 19th-20th.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/11/2023

*Victoria Gorbai*
*Server's signature*

Victoria Gorbai
*Printed name and title*

PO Box 25066
Newark, NJ 07102
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:
Service on: THOMAS BLAHA Register Number: 92291-053
FCI Fort Dix
5756 HARTFORD & POINTVILLE RD. JOINT BASE MDL, NJ  08640