**Report of Service**

Attorney: WE SERVE LAW
County of Venue: UNITED STATES DISTRICT COURT FOR

Sheriff's No. 23002228
Doc # 2:23-CV-07051-HG
$31.80

Book:
Page:

**Superior Court**
(State of New Jersey) I James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly (Burlington County) Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

_____
James H. Kostoplis, Sheriff

_____
Odise A. Carr, Undersheriff

Witness My Hand and Seal, This Day of 10/27/2023

**Defendant's Name/Address:**

THOMAS BLAHA INMATE ID:92291-053
FCI
5756 HARTFORD & POINTVILLE ROAD
FORT DIX, NJ 08640

Date Served: 10/27/2023

Time Served: 9:55 AM

Service Address:
FCI
5756 HARTFORD & POINTVILLE ROAD
FORT DIX, NJ 08640

Attempted Dates/Times prior to service:

**Type of Service:** O/S Personal Service (SELF)

**Description of the Out of State Documents served:** SUMMONS IN CIVIL ACTION, PROOF OF SERVICE, UNITED STATES COURTS EASTERN DISTRICT OF NEW YORK QUALITY CONTROL CHECK, NOTICE, NOTICE, CONSENT, AND REFFRENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, NOTICE OF RELATED CASE, MEMORANDUM OF POINTS AND AUTHORITES, DELCARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION TO PROCEED WITH PSEUDONYMS, EXHIBIT 1 JUDGEMENT IN A CRIMINAL CASE, ATTACHMENT A RESTITUTION LIST, ATTACHMENT B, FINAL ORDER OF FORFEITURE AS TO DEFENDANT GREGORY SCOTT HOFFMAN, DECLARATION OF JAMES R. MARSH IN SUPPORT OF MOTION TO PROCEED UNDER PSUEDONYMS, DECLARATION OF DEBORAH A. BIANCO IN SUPPORT OF MOTION TO PROCEED WITH PSEUDONYMS, [PROPOSED ] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS, COMPLAINT, CIVIL COVER SHEET, CERTIFICATION OF ARBITRATION ELIGIBILITY

I Served the within Documents, and/or A True Copy Thereof.

_____
S/O Purdy #35205

**Officer's Notes:**

**Out of State:**

| Age | Sex | Weight | Height | Skin | Hair | Military Service |
|---|---|---|---|---|---|---|
| 67 | Male | 218 | 5'10" | Fair | Black | No |

Case: "JENNY," "CARRIE," "LILY," "SARAH," "HENLEY," "MAUREEN," AND JANE ROE" AS NEXT FRIEND FOR "PIA," vs THOMAS BLAHA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-07051-HG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THOMAS BLAHA Register Number: 92291-053
was received by me on *(date)* 09/29/2023 .

☑ I personally served the summons on the individual at *(place)* FCI Fort Dix 5756 Hartford & pointville Rd. Joint Base MDL, NJ 08640   on *(date)* 10-27-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 4.80 for travel and $ 27 for services, for a total of $ 31.80 ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

S/O Purdy #35217
*Printed name and title*

Burlington County Sheriff's Department
49 Rancocas Rd.
Mt Holly, NJ 08060
*Server's address*

Additional information regarding attempted service, etc:
Service on: THOMAS BLAHA Register Number: 92291-053
FCI Fort Dix
5756 HARTFORD & POINTVILLE RD. JOINT BASE MDL, NJ 08640

Documents served: Complaint (Jury Trial Demanded), Civil Cover Sheet, Disclosure Statement - Federal Rules Civil Procedure 7.1, Summons, Notice, Consent, and Reference of a Civil Action to Magistrate Judge, Notice of Related Case, Memorandum of Points and Authorities, Exhibit(s)

[Print]   [Save As...]   [Reset]

# Report of Service

Atty. WE SERVE LAW

## Superior Court

(State of New Jersey)
(Burlington County)

Sheriff's No. 23002228
Doc # 2:23-CV-07051-HG
Sheriff's Fee $ 31.80



I, James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

_____
James H. Kostoplis, Sheriff

_____
James H. Kostoplis, Undersheriff

Witness My Hand and Seal, This Day of October 05, 2023

**Servee Name/Address:**
THOMAS BLAHA INMATE ID:92291-053
FCI
5756 HARTFORD & POINTVILLE ROAD
FORT DIX NJ 08640

Date Served: 10-27-23
Time Served: 955
Non-Service Date/Time:
Attempted Dates/Times:

Person Served: Thomas Blaha
Position: Self

Out of State:

| Age | Sex | Weight | Height | Skin | Hair | Military Service |
|---|---|---|---|---|---|---|
| 67 | Male | 218 | 5'10" | Fair | Black | NO |

Case: "JENNY," "CARRIE," "LILY," "SARAH," "HENLEY," "MAUREEN," AND JANE ROE" AS NEXT FRIEND FOR "PIA," vs. THOMAS BLAHA

# Report of Service

Atty. WE SERVE LAW

## Superior Court

(State of New Jersey)  (Burlington County)

I, James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

Sheriff's No. 23002228
Doc # 2:23-CV-07051-HG
Sheriff's Fee $ 31.80

_____
James H. Kostoplis, Sheriff

_____
James H. Kostoplis, Undersheriff

Witness My Hand and Seal, This Day of October 05, 2023

**Servee Name/Address:**

THOMAS BLAHA INMATE ID:92291-053
FCI
5756 HARTFORD & POINTVILLE ROAD
FORT DIX NJ 08640

Date Served: 

Person Served:

Time Served:

Position:

Non-Service Date/Time: 

Attempted Dates/Times:

## Description of documents included in this Service:

SUMMONS IN CIVIL ACTION, PROOF OF SERVICE, UNITED STATES COURTS EASTERN DISTRICT OF NEW YORK QUALITY CONTROL CHECK, NOTICE, NOTICE, CONSENT, AND REFFRENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, NOTICE OF RELATED CASE, MEMORANDUM OF POINTS AND AUTHORITES, DELCARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION TO PROCEED WITH PSEUDONYMS, EXHIBIT 1 JUDGEMENT IN A CRIMINAL CASE, ATTACHMENT A RESTITUTION LIST, ATTACHMENT B, FINAL ORDER OF FORFEITURE AS TO DEFENDANT GREGORY SCOTT HOFFMAN, DECLARATION OF JAMES R. MARSH IN SUPPORT OF MOTION TO PROCEED UNDER PSUEDONYMS, DECLARATION OF DEBORAH A. BIANCO IN SUPPORT OF MOTION TO PROCEED WITH PSEUDONYMS, [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS, COMPLAINT, CIVIL COVER SHEET, CERTIFICATION OF ARBITRATION ELIGIBILITY

## Type of Service: (Please circle the type of service)

A. Arrested
B. Business-person authorized to accept service
C. Forced Service
D. Mailed
E. NON SERVICE
F. O/S Business-person authorized to accept service
G. O/S Personal Service (SELF)
H. O/S Personal Service-Member of Household Over the age of 14, At usual Place of Abode
I. Personal Service (SELF)
J. Personal Service-Member of Household Over the age of 14, At usual Place of Abode
K. Posted
L. POSTING
M. Verify
W. Other (Specify): _____

I Served the Within Documents, and/or a True Copy Thereof.

_____
Sheriff's Officer

S/O Purdy #35205

Officer's Notes: _____