UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| "JENNY," "CARRIE," "LILY," "SARAH," "HENLEY," "MAUREEN," and "JANE ROE" as next friend for "PIA," <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS BLAHA, <br><br> Defendant. | Case No. 2:23-cv-07051-JMA-ST <br><br> **CERTIFICATE OF DEFAULT** |

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, Thomas Blaha, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Thomas Blaha s hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: January __24__, 2024

BRENNA B. MAHONEY, Clerk of Court

By: _____/s/ James J. Toritto_____
Deputy Clerk