# Marsh Law Firm

Street Address: 31 Hudson Yards, Fl. 11

P: 212-372-3030

Email: margaretmabie@marsh.law

City, State ZIP Code: New York, NY 10001

F: 833-210-3336

Website: www.jamesmarshlaw.com

Fees For: Jenny et al. v. Blaha, 2:23-cv-07051-JMA-ST

| Date | Description | Billable Hours | Attorney/Paralegal/Law Clerk | Rate | Amount Billed |
|---|---|---|---|---|---|
| 1/12/2022 | Criminal docket review and research on Defendant's assets, background, etc. | 1 hour | Marissa Munza (Paralegal) | $150 | $ 150.00 |
| 1/14/2022 | Criminal docket review and research on Defendant's assets, background, etc. | 3 hours | Margaret Mabie (Partner) | $600 | $ 1,800.00 |
| 4/6/2022 | Legal research and drafting Civil complaint, pseudonym motion, and attorney declarations | 6 hours | Alexandra Gastelum (Law Clerk) | $200 | $ 1,200.00 |
| 5/5/2022 | Review and analyze research re Defendant and his assets, and drafting pseudonym motion and supporting attorney declarations | 7 hours | Margaret Mabie (Partner) | $600 | $ 4,200.00 |
| 9/14/2022 | Multiple email communications regarding conducting evidence review | .3 hours | Michelle Sparks (Paralegal) | $200 | $ 60.00 |
| 11/29/2022 | Communication with co-counsel regarding process for conducting evidence review | .25 hours | Carol L. Hepburn (Attorney) | $500 | $ 125.00 |
| 11/30/2022 | Communication with plaintiffs team concerning files needed for evidence review | .25 hours | Carol L. Hepburn (Attorney) | $500 | $ 125.00 |

| Date | Description | Hours | Person | Rate | Amount |
|---|---|---|---|---|---|
| 12/1/2022 | Provision of redacted images for evidence review to reviewing representative | .3 hours | Michelle Sparks (Paralegal) | $200 | $ 60.00 |
| 12/2/2022 | Evidence Review | 3 hours | Margaret Mabie (Partner) | $600 | $ 1,800.00 |
| 12/23/2022 | Email communications with plaintiffs team | .2 hours | Michelle Sparks (Paralegal) | $200 | $ 40.00 |
| 12/23/2022 | Multiple communications with plaintiffs' team on process going forward | .5 hours | Carol L. Hepburn (Attorney) | $500 | $ 250.00 |
| 1/4/2023 | Email communications with plaintiffs team regarding possible demand | .2 hours | Michelle Sparks (Paralegal) | $200 | $ 40.00 |
| 2/9/2023 | Review and respond to status report | .2 hours | Deborah Bianco (Attorney) | $450 | $ 90.00 |
| 2/14/2023 | Review emails regarding demand letter and status | .2 hours | Deborah Bianco (Attorney) | $450 | $ 90.00 |
| 2/14/2023 | Communications with plaintiffs team regarding intial pleadings | .1 hours | Michelle Sparks (Paralegal) | $200 | $ 20.00 |
| 2/15/2023 | Review email regarding drafts of pleadings and declarations | .1 hours | Deborah Bianco (Attorney) | $450 | $ 45.00 |
| 2/17/2023 | Review and edit complaint, pseudonym motion, and attorney declarations | 2.5 hours | Cassandra Sorrentino (Paralegal) | $150 | $ 375.00 |
| 3/10/2023 | Review drafts of pleadings and declarations | .4 hours | Deborah Bianco (Attorney) | $450 | $ 180.00 |

| Date | Description | Hours | Person | Rate | Amount |
|---|---|---|---|---|---|
| 3/10/2023 | Communications with plaintiffs team regarding initial pleadings | .2 hours | Michelle Sparks (Paralegal) | $200 | $ 40.00 |
| 3/10/2023 | Review and revision of initial drafts of pleadings | .5 hours | Carol L. Hepburn (Attorney) | $500 | $ 250.00 |
| 3/20/2023 | Further review and revision of initial drafts of pleadings | 2 hours | Carol L. Hepburn (Attorney) | $500 | $ 1,000.00 |
| 4/10/2023 | Communications with plaintiffs team regarding initial pleadings | .2 hours | Michelle Sparks (Paralegal) | $200 | $ 40.00 |
| 4/17/2023 | Review pleadings and proposed orders | .3 hours | Deborah Bianco (Attorney) | $450 | $ 135.00 |
| 4/17/2023 | Communications with plaintiffs team regarding initial pleadings | .1 hours | Michelle Sparks (Paralegal) | $200 | $ 20.00 |
| 4/28/2023 | Communications with plaintiffs team | .1 hours | Michelle Sparks (Paralegal) | $200 | $ 20.00 |
| 6/9/2023 | Communications with plaintiffs team | .1 hours | Michelle Sparks (Paralegal) | $200 | $ 20.00 |
| 8/8/2023 | Communications with plaintiffs team | .1 hours | Michelle Sparks (Paralegal) | $200 | $ 20.00 |
| 8/9/2023 | Review declarations and made necessary corrections | .2 hours | Deborah Bianco (Attorney) | $450 | $ 90.00 |
| 8/9/2023 | Revision to CLH and DAB declarations | .3 hours | Michelle Sparks (Paralegal) | $200 | $ 60.00 |

| Date | Description | Hours | Attorney | Rate | Amount |
|---|---|---|---|---|---|
| 8/9/2023 | Review of changes to declarations | .1 hours | Carol L. Hepburn (Attorney) | $500 | $ 50.00 |
| 9/21/2023 | Filing of complaint, civil cover sheet, and summons, and refiling of corrected complaint and summons | 1.5 hours | Margaret Mabie (Partner) | $600 | $ 900.00 |
| 9/22/2023 | Review filing of pleadings; Review email regarding efforts to serve | .2 hours | Deborah Bianco (Attorney) | $450 | $ 90.00 |
| 10/6/2023 | Review order regarding letter on service | .1 hours | Deborah Bianco (Attorney) | $450 | $ 45.00 |
| 10/6/2023 | Communications with plaintiffs' team regarding courts minute order on proof of service | .2 hours | Carol L. Hepburn (Attorney) | $500 | $ 100.00 |
| 10/10/2023 | Draft letter re service attempts | 1 hour | Cassandra Sorrentino (Paralegal) | $150 | $ 150.00 |
| 10/13/2023 | Review draft of letter on service | .2 hours | Deborah Bianco (Attorney) | $450 | $ 90.00 |
| 10/13/2023 | Further communications with team regarding court filing | .2 hours | Carol L. Hepburn (Attorney) | $500 | $ 100.00 |
| 10/16/2023 | Review emails regarding order to re-file | .1 hours | Deborah Bianco (Attorney) | $450 | $ 45.00 |
| 10/25/2023 | Caselaw research and draft of corrected proposed order for pseudonym motion | 5 hours | Gianna Elliot (Attorney) | $325 | $ 1,625.00 |
| 10/26/2023 | Internal meeting re proposed order corrections for pseudonym motion | 1 hour | Margaret Mabie (Partner) | $600 | $ 600.00 |
| 10/26/2023 | Internal meeting re proposed order corrections for pseudonym motion | 1 hour | Gianna Elliot (Attorney) | $325 | $ 325.00 |
| 10/27/2023 | Multiple emails regarding pseudonym motion | .3 hours | Deborah Bianco (Attorney) | $450 | $ 135.00 |
| 10/27/2023 | Multiple communications with plaintiffs' team regarding | .5 hours | Margaret Mabie (Partner) | $600 | $ 300.00 |
| 10/27/2023 | Multiple communications with plaintiffs' team regarding and review of additional filing on motion for use of pseudonym | .5 hours | Carol L. Hepburn (Attorney) | $500 | $ 250.00 |
| 10/31/2023 | Emails regarding service | .1 hours | Deborah Bianco (Attorney) | $450 | $ 45.00 |

| Date | Task | Hours | Person | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2023 | Review docket text | .1 hours | Deborah Bianco (Attorney) | $450 | $ 45.00 |
| 12/6/2023 | Review and Respond regarding Motion for Refund | .3 hours | Deborah Bianco (Attorney) | $450 | $ 135.00 |
| 12/14/2023 | Preparation of default judgment documents including expense report and attorneys fees | 1 hour | Cassandra Sorrentino (Paralegal) | $150 | $ 150.00 |
| 12/18/2023 | Review drafts regarding default | .2 hours | Deborah Bianco (Attorney) | $450 | $ 90.00 |
| 12/18/2023 | Communications with plaintiffs' team regardings and review of request for default and motion for default judgment | .4 hours | Carol L. Hepburn (Attorney) | $500 | $ 200.00 |
| 12/21/2023 | Communications with plaintiffs team regarding moving forward tasks | .2 hours | Michelle Sparks (Paralegal) | $200 | $ 40.00 |
| 12/29/2023 | Legal research and drafting motion for default judgment | 5 hours | Gianna Elliot (Attorney) | $325 | $ 1,625.00 |
| 1/25/2024 | Review legal research, edit and draft motion for default, prepare case documents for purpose of fee petition | 1 hours | Margaret Mabie (Partner) | $600 | $ 600.00 |
| 1/26/2024 | Compilation of time and tasks for purpose of fee petition | .75 hours | Carol L. Hepburn (Attorney) | $500 | $ 375.00 |
| 1/26/2024 | Compilation of time and tasks for purpose of fee petition | .75 hours | Carol L. Hepburn (Attorney) | $500 | $ 375.00 |
| 1/29/2024 | Drafting and additional revisions of Motion for Default Judgment | 7 hours | Gianna Elliot (Attorney) | $325 | $ 2,275.00 |
| 2/14/2024 | Discussion of case with co-counsel and review of Motion f | 2 hours | Margaret Mabie (Partner) | $600 | $ 1,200.00 |

**FEE TOTAL** $ 24,305.00

Per Plaintiff: $ 3,472.14