# Marsh Law Firm

Street Address: 31 Hudson Yards, Fl. 11

P: 212-372-3030

Email: margaretmabie@marsh.law

City, State ZIP Code: New York, NY 10001

F: 833-210-3336

Website: www.jamesmarshlaw.com

Costs For: Jenny et al. v. Blaha, 2:23-cv-07051-JMA-ST

| Date | Description | Attorney/Paralegal/Law Clerk | Amount |
|---|---|---|---|
| 11/28/2022 | ROK Investigative Group Inc. | Margaret E. Mabie (Partner) | $ 3,060.00 |
| 6/21/2023 | SDNY Certificate of Good Standing request | Margaret E. Mabie (Partner) | $ 20.00 |
| 8/4/2023 | SDNY Certificate of Good Standing request #2 | Margaret E. Mabie (Partner) | $ 20.00 |
| 8/4/2023 | EDNY Attorney Admissions fee | Margaret E. Mabie (Partner) | $ 208.00 |
| 9/22/2023 | Attorney filing fee | Margaret E. Mabie (Partner) | $ 402.00 |
| 9/28/2023 | We Serve NJ LLC Process Server | Cassandra Sorrentino (Paralegal) | $ 315.00 |
| 10/1/2023 | PACER fees | Carol L. Hepburn (Attorney) | $ 5.70 |
| | | **TOTAL COST** | $ 4,030.70 |