## Report of Service

Attorney: MARSH LAW FRIM
County of Venue: UNITED STATES DISTRICT COURT EAS⸱

Sheriff's No. 24000745
Doc # 2:23-CV-07051-JMA-ST
$31.80

Book:
Page:

### Superior Court

(State of New Jersey) I James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly (Burlington County) Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

_____
James H. Kostoplis, Sheriff

_____
Odise A. Carr, Undersheriff

Witness My Hand and Seal, This Day of 4/24/2024

| Defendant's Name/Address: | Date Served: | Time Served: |
|---|---|---|
| THOMAS BLAHA INMATE ID:92291-053<br>FCI<br>5756 HARTFORD & POINTVILLE ROAD<br>FORT DIX, NJ 08640 | 4/24/2024 | 9:55 AM |

**Service Address:**
FCI
5756 HARTFORD & POINTVILLE ROAD
FORT DIX, NJ 08640

Attempted Dates/Times prior to service:

**Type of Service:** O/S Personal Service (SELF)

**Description of the Out of State Documents served:** MOTION FOR DEFAULT JUDEGMENT, ATTORNEY FEES AND COSTS PURSUANT TO FED. R. CIV. PROC. 55 (B)(2), DECLARATION OF MARGARET E. MABIE IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGEMENT, ATTORNEY FEES AND COSTS PURSUANT TO FED. R. CIV. PROC. 55 (B)(2), MARSH LAW FIRM FEES FOR: JENNY ET AL. V. BLAHA, 2:23-CV-07051-JMA-ST, JUDGEMENT IN A CIVIL CASE, IMPRISONMENT, SUPERVISED RELEASE, STANDARD CONDITIONSOF SUPERVISON, ADDITIONAL SUPERVISED RELEASE TERMS, ADDITONAL STANDARD CONDITIONS OF SUPERVISION, CRIMINAL MONETARY PENALTIES, SCHEDULE OF PAYMENTS, ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, MARSH LAW FRIM COSTS FOR JENNY ET AL V. BLAHA 2:23-CV-07051-JMA-ST

I Served the within Documents, and/or A True Copy Thereof.

_____
S/O Purdy #35205

**Officer's Notes:**

### Out of State:

| 68 | Male | 232 | 5'10" | Fair | Brown | No |
|---|---|---|---|---|---|---|

| Age | Sex | Weight | Height | Skin | Hair | Military Service |
| --- | --- | --- | --- | --- | --- | --- |

Case: "JENNY," "CARRIE," "LILY," "SARAH," "HENLEY," "MAUREEN," AND "JANE ROE" AS NEXT FRIEND FOR "PIA," vs THOMAS BLAHA