UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
"JENNY," "CARRIE," "LILY," "SARAH,"
"HENLEY," "MAUREEN," AND "JANE ROE"
AS NEXT FRIEND FOR "PIA,"

              Plaintiffs,

- against -

THOMAS BLAHA,

              Defendant.
-----------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 23-7051 (JMA) (ST)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on July 1, 2024; granting Plaintiffs' motion for a default judgment; awarding Plaintiffs: (1) $150,000 each in liquidated damages under 18 U.S.C. § 2255(a), for a total of $1,050,000, (2) $24,305 in attorney's fees 18 U.S.C. § 2255(a), and (3) $4,030.70 in costs under 18 U.S.C. § 2255(a), it is

**ORDERED AND ADJUDGED** that Plaintiffs' motion for a default judgment is granted; that Plaintiffs are awarded: (1) $150,000 each in liquidated damages under 18 U.S.C. § 2255(a), for a total of $1,050,000, (2) $24,305 in attorney's fees 18 U.S.C. § 2255(a), and (3) $4,030.70 in costs under 18 U.S.C. § 2255(a), for a total default judgment in the amount of $1,078,335.70 as against Defendant Thomas Blaha, plus post-judgment interest pursuant to 28 U.S.C. § 1961; and that this case is closed.

Dated: July 12, 2024
      Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF COURT
                                       BY:    /S/ JAMES J. TORITTO
                                                             DEPUTY CLERK